IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

J.D. GAINES, #33106                                                                      PETITIONER

VERSUS                                                       CIVIL ACTION NO. 5:05cv227DCB-RHW

JIM HOOD                                                                                  RESPONDENT

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the 26th day of July, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE